UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARLIN GIOVANNI PICKENS,

        Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

        Defendants.

CASE NO. 3:22-cv-05318-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby ORDER as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's Application to Proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

(3)    Plaintiff's Complaint is **DISMISSED without prejudice**; and

(4)    The Clerk shall enter JUDGMENT and close this case.

//

ORDER - 1

1    Dated this 29th day of July, 2022.

2

3                                              BENJAMIN H. SETTLE

4                                              United States District Judge

ORDER - 2